UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,
and ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY

                Plaintiffs,

-against-

BRADLEY PIERRE, MEDICAL REIMBURSEMENT
CONSULTANTS INC., MARVIN MOY, M.D.,
RUTLAND MEDICAL P.C., WILLIAM A. WEINER, D.O.,
and NEXRAY MEDICAL IMAGING, P.C.,

                Defendants.
----------------------------------------------------------------X

**ORDER**

**23 CV 6572 (NGG)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephone status conference in this matter on March 28, 2024. Hugh Brady and Nathan Tilden represented plaintiffs. Matthew Conroy represented defendants Weiner and Nexray. Bradly Pierre appeared *pro se*.

At the initial conference, the Court advised defendant Pierre that while he may represent himself in this matter pursuant to 28 USC § 1654, defendant Medical Reimbursement Consultants ("MRC") must retain counsel. Grace v. Bank Leumi Trust Co. of NY, 443 F.3d 180, 187 (2d Cir. 2006) ("[I]t is well-settled law that a corporation may appear in the federal courts only through licensed counsel."). The Court afforded defendants Pierre and MRC 30 days to retain counsel. Defendant Pierre stated he believed his prior counsel was going to represent him and MRC again, but declined to do so, at the eleventh hour. The Court gives defendants two weeks to retain counsel. If defendants Pierre and MRC do not retain new counsel by April 12, 2024, plaintiffs shall take appropriate action.

Defendant Pierre, who unlike the corporate defendant may proceed *pro se*, is hereby ordered to appear for his deposition on April 24, 2024, whether or not he retains new counsel.[1] This is a Court Order and defendant Pierre shall comply. If defendant Pierre fails to appear for his Court-ordered deposition on April 24, 2024, the Court shall impose an appropriate sanction under Fed. R. Civ. P. 37(b)(2), (d). See Agiwal v. Mid Island Mortg. Corp., 555 F.3d 298, 302 (2d Cir. 2009) (affirming imposition of sanctions on *pro se* plaintiff pursuant to Fed. R. Civ. P. 37 due to plaintiff's noncompliance with discovery orders).

The Court shall hold a telephone status conference on April 30, 2024 at 3:00 p.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 3:00 p.m. on April 30, 2024. Plaintiffs' counsel shall serve a copy of this Order on defendant Pierre and file proof of service forthwith.

SO ORDERED.

_____/S/_____
LOIS BLOOM
United States Magistrate Judge

Dated: March 28, 2024
      Brooklyn, New York

---

[1] Plaintiffs shall notice defendant Pierre's deposition. Fed. R. Civ. P. 30(b). Defendant Pierre confirmed on the record that he would appear for his deposition on April 24, 2024.