

KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Hugh C.M. Brady, Esq.**
Attorney
Admitted in Massachusetts and New York
hbrady@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214   FAX 617.774.1714

May 16, 2024

**VIA CM/ECF ONLY**
The Honorable Nicholas G. Garaufis
United States Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Allstate Insurance Company, *et al.* v. Bradley Pierre, *et al.*
      U.S.D.C. for the Eastern District of New York
      Civil Action No.: 1:23-cv-06572-NGG-LB
      **Notice of Settlement In Principle**

Dear Judge Garaufis:

    King, Tilden, McEttrick & Brink, P.C. represents the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate"), in the above-referenced matter. Allstate submits this correspondence to notify this Honorable Court that Allstate has reached an agreement, in principle, to resolve this matter with the following Defendants: **Nexray Medical Imaging, P.C. d/b/a Soul Radiology Medical Imaging, William A. Weiner, D.O., Bradley Pierre, and Medical Reimbursement Consultants Inc.**

    Upon final execution of these agreements, Allstate will file the appropriate Stipulation(s) of Dismissal as to these Defendants. There are no other Defendants that are active in this case. This settlement will resolve all pending motions and issues before the Court, obviating the need for any further decisions or rulings. Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

Very Truly Yours,

*/s/ Hugh C.M. Brady, Esq.*

Hugh C.M Brady, Esq.
Attorney for Allstate

CC: The Honorable Lois Bloom