UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRADLEY PIERRE,<br>MEDICAL REIMBURSEMENT CONSULTANTS INC.,<br>MARVIN MOY, M.D.,<br>RUTLAND MEDICAL P.C.<br>　d/b/a MEDICALNOW,<br>WILLIAM A. WEINER, D.O., AND<br>NEXRAY MEDICAL IMAGING, P.C.<br>　d/b/a SOUL RADIOLOGY MEDICAL IMAGING,<br>　　　　　　　　　Defendants. | C.A. No. 1:23-cv-06572-NGG-LB |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Nexray Medical Imaging P.C. d/b/a Soul Radiology Medical Imaging and William Weiner, D.O., through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Nexray Medical Imaging P.C. d/b/a Soul Radiology Medical Imaging and William Weiner, D.O., with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Nexray Medical Imaging P.C. d/b/a Soul* |
| *Allstate Property & Casualty Insurance Company* | *Radiology Medical Imaging and* |
| *Allstate Indemnity Company, and* | *William Weiner, D.O.,* |
| *Allstate Fire & Casualty Insurance Company,* | |
| | |
| By Their Attorneys: | By Their Attorneys: |
| | |
| */s/ Michael W. Whitcher* | */s/ Matthew J. Conroy* |
| | |
| Michael W. Whitcher (MW7455) | Matthew J. Conroy |
| King, Tilden, McEttrick & Brink, P.C. | Schwartz, Conroy & Hack P.C. |
| 100 Ring Road, Suite 211 | 666 Old Country Road, Suite 900 |
| Garden City, NY 11530 | Garden City, NY 11530 |
| (347) 710-0050 | (516) 745-1122 (phone) |
| mwhitcher@ktmpc.com | mjc@schlawpc.com |
| | |
| Dated: August 7, 2024 | Dated: August 7, 2024 |

SO ORDERED:

Dated:　Brooklyn, New York  
　　　　August 7 , 2024

s/Nicholas G. Garaufis  
_____  
Garaufis, J.  
United States District Judge

2

Respectfully Submitted,

Plaintiffs,
*Allstate Insurance Company,*
*Allstate Property & Casualty Insurance Company*
*Allstate Indemnity Company, and*
*Allstate Fire & Casualty Insurance Company,*

Defendants,
*Nexray Medical Imaging P.C. d/b/a Soul Radiology Medical Imaging and*
*William Weiner, D.O.,*

By Their Attorneys:

*/s/ Michael W. Whitcher*
_____
Michael W. Whitcher (MW7455)
King, Tilden, McEttrick & Brink, P.C.
100 Ring Road, Suite 211
Garden City, NY 11530
(347) 710-0050
mwhitcher@ktmpc.com

Dated: August 7, 2024

By Their Attorneys:

*/s/ Matthew J. Conroy*
_____
Matthew J. Conroy
Schwartz, Conroy & Hack P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
(516) 745-1122 (phone)
mjc@schlawpc.com

Dated: August 7, 2024

SO ORDERED:

Dated:　Brooklyn, New York
　　　　August 7 , 2024

s/Nicholas G. Garaufis
_____
Garaufis, J.
United States District Judge