UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>      Plaintiffs,<br><br>vs.<br><br>BRADLEY PIERRE,<br>MEDICAL REIMBURSEMENT CONSULTANTS INC.,<br>MARVIN MOY, M.D.,<br>RUTLAND MEDICAL P.C.<br> d/b/a MEDICALNOW,<br>WILLIAM A. WEINER, D.O., AND<br>NEXRAY MEDICAL IMAGING, P.C.<br> d/b/a SOUL RADIOLOGY MEDICAL IMAGING,<br><br>      Defendants. | C.A. No. 1:23-cv-06572-NGG-LB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Bradley Pierre and Medical Reimbursement Consultants, Inc., through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Defendants Bradley Pierre and Medical Reimbursement Consultants, Inc., with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Property & Casualty Insurance Company*<br>*Allstate Indemnity Company, and*<br>*Allstate Fire & Casualty Insurance Company,* | Defendants,<br>*Bradley Pierre and Medical Reimbursement Consultants, Inc.,* |
| By Their Attorneys: | By Their Attorneys: |
| */s/ Michael W. Whitcher* | */s/ Cary Scott Goldinger* |
| Michael W. Whitcher (MW7455)<br>King, Tilden, McEttrick & Brink, P.C.<br>100 Ring Road, Suite 211<br>Garden City, NY 11530<br>(347) 710-0050<br>mwhitcher@ktmpc.com | Cary Scott Goldinger<br>Law Office of Cary Scott Goldinger P.C.<br>400 Garden City Plaza, Suite 420<br>Garden City, NY 11530<br>(516) 227-3344<br>csg@goldinger.com |
| Dated: August 7, 2024 | Dated: August 7, 2024 |

SO ORDERED:

Dated:  Brooklyn, New York
        August 7, 2024

s/Nicholas G. Garaufis
_____
Garaufis, J.
United States District Judge

2