UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>            Plaintiffs,<br><br>vs.<br><br>BRADLEY PIERRE,<br>MEDICAL REIMBURSEMENT CONSULTANTS INC.,<br>MARVIN MOY, M.D.,<br>RUTLAND MEDICAL P.C.<br>    d/b/a MEDICALNOW,<br>WILLIAM A. WEINER, D.O., AND<br>NEXRAY MEDICAL IMAGING, P.C.<br>    d/b/a SOUL RADIOLOGY MEDICAL IMAGING,<br><br>            Defendants. | C.A. No. 1:23-cv-06572-NGG-LB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, and Allstate Property & Casualty Insurance Company (collectively "Allstate") hereby dismiss Defendants Marvin Moy, M.D. and Rutland Medical, P.C. d/b/a MedicalNow from this action without prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

1

                    KING, TILDEN, MCETTRICK & BRINK, P.C.

                    /s/ *Michael W. Whitcher*

                    Michael W. Whitcher (MW7455)
                    mwhitcher@ktmpc.com
                    100 Ring Road W, Suite 211
                    Garden City, NY 11530
                    Ph: (347) 710-0050

                    Attorneys for the Plaintiffs,
                    *Allstate Insurance Company,*
                    *Allstate Indemnity Company,*
                    *Allstate Fire & Casualty Insurance Company, and*
                    *Allstate Property & Casualty Insurance Company*

Dated: August 7, 2024

**So Ordered.**
   s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 8/7/24